# United States Bankruptcy Court
## Southern District of Ohio

In re  **Thomas F. Sands**                                      Case No.  **2:12-bk-59723**
                                    Debtor(s)                   Chapter   **13**

## Notice of Change of Address

Debtor's Social Security Number:           **xxx-xx-7574**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                **Thomas F. Sands**

Street:              **875 Greenridge Rd**

City, State and Zip: **Columbus, OH 43235**

Telephone #:

**Please be advised that effective August 12, 2015,
my (our) new mailing address and telephone number is:**

Name:                **Thomas F. Sands**

Street:              **5762 Plainview Dr**

City, State and Zip: **New Albany, Ohio  43054-9536**

Telephone #:

                                                        **/s/ Thomas F. Sands**
                                                        **Thomas F. Sands**
                                                        Debtor